AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Johnstone, Andrea K. | District of New Hampshire | 5/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Full-Time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Warren Rudman U.S. Courthouse
55 Pleasant Street, Room 407
Concord, NH 03301

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Proctor Academy |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Andrea K. | 5/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Johnstone, Andrea K.** | 5/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Southern Methodist University | Tuition | L |
| 2. Bates College | Tuition | L |
| 3. Merrimack County Savings Bank | Line of Credit | K |
| 4. Wells Fargo | Credit Cards | J |
| 5. American Express | Credit Cards | K |
| 6. Granite State Management & Resources | Student Loans | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Andrea K. | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD Bank Accounts | A | Interest | J | T | | | | | |
| 2. Merrimack County Savings Bank Accounts | A | Interest | J | T | | | | | |
| 3. T. Rowe Price Retirement 2030 | E | Dividend | O | T | | | | | |
| 4. Oppenheimer Global Allocation Fund A | A | Dividend | J | T | | | | | |
| 5. Oppenheimer Main St. Select Fund A | A | Dividend | J | T | | | | | |
| 6. Invesco College Bound Today Port. A fka Alliancebern CBF AB Mod Gr A | | None | | | Redeemed | 00/00/19 | J | A | |
| 7. Invesco College Bound Today Port. BX fka Alliancebern CBF AB Mod Gr BX | | None | | | Redeemed | 00/00/19 | J | A | |
| 8. State of NH College Savings Bonds | B | Interest | J | T | | | | | |
| 9. Putnam Dynamic Assoc. All G&W | A | Dividend | J | T | | | | | |
| 10. Two Shares Caterpillar Inc. Stock | A | Dividend | J | T | | | | | |
| 11. Fidelity Cash Reserves IRA | | None | K | T | | | | | |
| 12. Northwestern Mutual 90 Life | | None | J | T | | | | | |
| 13. Trust No. 1 (H): | | | | | | | | | |
| 14. - Citizens Bank | | | J | T | | | | | |
| 15. - Half interest real estate, Massachusetts | | | N | W | | | | | |
| 16. Microsoft Stock (MSFT) | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 17. Microsoft Stock (MSFT) | A | Dividend | J | T | Buy | 12/03/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Andrea K. | 5/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part I and Part VII lines 13-15: Trust No. 1:  The trust was not created by me, my spouse, or any dependent child.
Neither me, my spouse, or any dependent child receives income from the trust or has a beneficial interest in the principal or income from the trust or estate.
I am a remainder beneficiary following a family member's death.

Regarding Part VII, lines 6-7:   I have confirmed with my financial planner that with respect to these investments there is no reportable income earned during the reporting period.
This is consistent with the quarterly statements received.

Regarding Part VII, lines 6-7:   The full balance of this 529 Plan was redeemed in 2019.
I cannot locate records that allow me to provide the actual redemption date(s).
I sought clarification on how to proceed with reporting under these circumstances but did not get a call back.

Regarding Part VII, lines 16-17:   These shares are part of a ▓▓▓▓▓▓▓ brokerage account.
In 2019, the account shows other transactions, however, each transaction is not over $1,000.00.
MSFT was listed because cumulatively the holding in MSFT is over $1,000.00.
Efforts to get clarification from the Committee on Financial Disclosure on how to properly report this ▓▓▓▓▓▓ account, were unsuccessful, understandably, given the circumstances.

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Andrea K. | 5/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrea K. Johnstone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544